# United States District Court
# Central District of California

| | |
|---|---|
| FLORENCIO PACLEB, individually and on behalf of all others similarly situated<br><br>           Plaintiff,<br><br>   v.<br><br>WORLD WIDE VACATIONS, LLC; DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 2:14-cv-09584-ODW(RZx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 15), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, May 11, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

    **IT IS SO ORDERED.**

    March 9, 2015

                                      _____
                                           OTIS D. WRIGHT, II
                                   UNITED STATES DISTRICT JUDGE