**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
Arvin Ratanavongse (SBN: 257619)
tfriedman@attorneysforconsumers.com
aratanavongse@toddflaw.com
324 South Beverly Drive, Suite 725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorneys for Plaintiff, FLORENCIO PACLEB

TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
SIMMONDS & NARITA, LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
Attorneys for Defendant,
World wide Vacations, LLC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FLORENCIO PACLEB, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**WORLD WIDE VACATIONS, LLC., AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,**<br><br>**Defendants.** | **CASE NO.: 2:14-CV-09584-ODW-RZ**<br><br>**JOINT REQUEST TO DISMISS THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss the individual claims with prejudice and the putative class claims without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court via email.

Dated: April 29, 2015

Respectfully Submitted,

**Law Offices of Todd M. Friedman, P.C.**

By: /s/Todd M. Friedman______________
Todd M. Friedman, Esq.
Attorney for Plaintiff

Dated: April 29, 2015

Respectfully Submitted,

SIMMONDS & NARITA, LLP

By: /s/ Tomio B. Narita______________
Tomio B. Narita, Esq.
Attorney for Defendant

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Tomio B. Narita, Esq., counsel for Defendant, Worldwide Vacations, LLC, and that I have obtained Mr. Narita's authorization affix their electronic signature to this document.

Dated: April 29, 2015

Respectfully Submitted,

**Law Offices of Todd M. Friedman, P.C.**

By:/s/Todd M. Friedman_____________
Todd M. Friedman, Esq.
Attorney for Plaintiff

Filed electronically on this 29th day of April, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:
Honorable Judge Otis D. Wright, II
Central District of California

**Tomio B Narita**
Simmonds and Narita LLP
Email: tnarita@snllp.com

**R Travis Campbell**
Simmonds & Narita LLP
Email: TCampbell@snllp.com

**Liana Mayilyan**
Simmonds and Narita LLP
Email: lmayilyan@snllp.com

This 29th day of April, 2015.

/s/Todd M. Friedman
Todd M. Friedman