JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLORENCIO PACLEB, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **WORLD WIDE VACATIONS, LLC., AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,** <br><br> **Defendants.** | CASE NO.: 2:14-CV-09584-ODW-RZ <br><br> ORDER [17] |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims with prejudice and the putative class claims without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Dated this 29th day of April, 2015.

_____
Otis D. Wright, II
United States District Judge

Order to Dismiss - 1